UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 JUL 16 AM 11: 58
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-51152 |
| | ) | |
| RIDDLE, SANDRA & RONALD | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #5 | Upfront Rewards Visa Ohio<br>PO Box 888377<br>Grand Rapids, MI 49588-8377 | $8,862.16 | $965.74 |

2. My Trustee's check for $965.74 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 14, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 112
Receipt # 81614